UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MICHELLE MENDOZA,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ, Warden,<br><br>　　　　　　　　　　　Respondent. | Case No.: 24-CV-1403 JLS (LR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR STAY AND ABEYANCE**<br><br>(ECF No. 3) |

　　　Presently before the Court is Petitioner Nancy Michelle Mendoza's ("Petitioner") Motion for Stay and Abeyance of Proceedings Pending State Court Sentencing Review ("Mot.," ECF No. 3). Petitioner avers her counsel is engaged in resentencing discussions initiated by the San Diego County District Attorney's Office and granting a stay will promote judicial economy by avoiding unnecessary litigation in federal court if the state resentencing proceedings result in a favorable outcome for Petitioner. *See generally* Mot. Respondent Anissa de la Cruz ("Respondent") filed a Statement of Non-Opposition to Petitioner's Motion for Stay and Abeyance ("Statement," ECF No. 5), indicating Respondent does not oppose Petitioner's request to stay the matter until any possible resentencing issue has been resolved. Statement at 2.

　　　Inherent in the Court's "power to control [its] docket" is the authority to stay a case. *HDI Glob. Ins. Co. v. San Fernando Realty, Inc.*, No. 2:20-cv-06468-SVW-KK,

2020 WL 7872202, at *5 (C.D. Cal. Oct. 28, 2020) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)). As the Motion is unopposed, and Petitioner asserts the pending resentencing discussions could potentially render some or all the habeas issues moot, the Court finds a stay to allow the state sentencing review to proceed is appropriate.

Accordingly, the Court **GRANTS** Petitioner's Motion (ECF No. 3), and **STAYS** this matter pending resolution of state resentencing review proceedings. Petitioner is **DIRECTED** to file, within thirty (30) days of the District Attorney's Office's resolution of Petitioner's resentencing review, a motion requesting that the stay be lifted. The Clerk of Court will administratively close this case until further Order of this Court.

**IT IS SO ORDERED.**

Dated: September 24, 2024

Hon. Janis L. Sammartino
United States District Judge